IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) No. 1:19-cv-03331-SEB-DLP<br>) |
| v. | )<br>) |
| BROOKDALE SENIOR LIVING COMMUNITIES INC.; BROOKDALE PLACE AT FALL CREEK, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## Consent Decree

The Equal Employment Opportunity Commission filed this action against Brookdale Senior Living Communities Inc. and Brookdale Place at Fall Creek, LLC ("Brookdale") on August 7, 2019, alleging that Brookdale violated Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991. The Commission's Complaint alleges that Brookdale discriminated against Tina Rabiu, a qualified individual with a disability, by refusing to provide her a reasonable accommodation that would allow her to complete Brookdale's required drug screen, resulting in the revocation of her employment offer. The parties have advised the Court that they desire to resolve the allegations in the Complaint without the burden, expense, and delay of further litigation. This Decree does not constitute an admission by either party as to the claims or defenses of the other. Brookdale denies the allegations in the Complaint and denies that it violated the ADA.

The Commission and Brookdale hereby stipulate to the jurisdiction of the Court over the parties and the subject matter of this action.

It is therefore the finding of this Court, based on the record as a whole, that: (1) the Court has jurisdiction over the parties and the subject matter of this action; (2) the purpose and provisions

of the ADA will be promoted and effectuated by the entry of this Decree; and (3) this Decree resolves all the matters in controversy between the parties as provided in Sections 1 through 4 below.

It is therefore ORDERED, ADJUDGED, AND DECREED as follows:

## 1. Injunctive Relief

### 1.1. Disability Discrimination Prohibited

As required by Title I of the Americans with Disabilities Act, Brookdale and its officers, managers, and employees are permanently enjoined from failing to provide reasonable accommodations to job applicants who require a reasonable accommodation to complete pre-employment screening.

### 1.2. Retaliation Prohibited

As required by Title I of the Americans with Disabilities Act, Brookdale and its officers, managers, and employees are permanently enjoined from discriminating against any job applicant or employee: (i) because such person opposes or has opposed any practice based on disability; (ii) because such person files or has filed a charge of discrimination alleging an unlawful employment action based on disability; or (iii) because such person participates or has participated in any manner in any investigation, proceeding, or hearing under the ADA.

### 1.3. Monetary Relief for Tina Rabiu

Brookdale shall pay Tina Rabiu the sum of twenty-five thousand dollars ($25,000.00) in settlement of the claims raised in this action. Defendant shall make payment by issuing two separate checks payable to "Tina Rabiu" as follows: 1) one check representing compensatory damages in the amount of twenty-four thousand one hundred and seventy six dollars ($24,176.00), for alleged non-wage damages and which shall be reported in an IRS form 1099 Miscellaneous Income Statement; and 2) a separate payroll check in the amount of eight hundred and twenty four dollars ($824.00),

minus all legally required deductions, which the parties agree is compensation for alleged lost wages. Brookdale shall not deduct from the payment of back pay, the employer's share of any costs, taxes, or Social Security. Brookdale shall not make any deductions from the payment of non-wage damages.

**1.4.   Payment**

1.4.1.   Brookdale shall deliver the payments to the address designated by the Commission, with a copy to the Commission.

1.4.2.   Payments shall be delivered within twenty-one (21) calendar days after the later of: (1) entry of this Decree by the Court; and (2) receipt by Brookdale of an executed IRS Form W9 and W4 from Rabiu.

1.4.3.   Brookdale shall provide to the Commission confirmation that payment to Rabiu was delivered to Rabiu's last known address.

## 2. Brookdale's Obligations

**2.1.   Term**

The term of this Decree shall be for three (3) years following the date of the entry of this Decree.

**2.2.   Policies and Procedures**

2.2.1.   In General.  Within thirty (30) days of entry of this Consent Decree, Brookdale shall send an email to hiring managers at Brookdale's Indiana communities instructing them to direct job applicants who need accommodations to Brookdale's Human Resources department; the email will contain the name and telephone number of the specific contact person in the Human Resources department who will deal with accommodations for pre-employment and employment screening.

During the term of this Decree, Brookdale shall ensure that any individual hired as a hiring manager at Brookdale's Indiana communities receives this email.

        2.2.2.    The Interactive Process and Reasonable Accommodation. When Brookdale learns that a job applicant or employee has requested a reasonable accommodation to complete pre-employment screening or employee drug testing, Brookdale shall engage in an interactive process with the applicant. Brookdale shall undertake the interactive process with the goal of identifying a reasonable accommodation which will allow the job applicant to complete pre-employment or employment screening.

**2.3.**    **Training**

Brookdale shall ensure that the Business Office Coordinators, Business Office Managers and the Executive Directors of Brookdale's nine (9) Indiana communities, as well as the Regional HR Business Partner with responsibility for those nine (9) communities, receive training on providing reasonable accommodations to job applicants and employees. The training shall be interactive, with the opportunity to discuss questions and actual realistic work scenarios and shall occur annually during the term of this Decree. During the term of this Decree, Brookdale shall ensure that any individual hired into any of the titles listed in this Section 2.3 at the nine (9) communities listed herein and who gains responsibility for pre-employment screening or affording reasonable accommodations to job applicants or employees receives similar training within a month of obtaining such responsibility. All costs associated with training shall be borne by Brookdale. Brookdale shall retain the agenda, written materials, and a list of attendees from each training. In the Annual Reports described in Section 2.5.3, Brookdale shall produce to the EEOC a list of the topics discussed during these trainings and the list of the attendees.

**2.4.**    **Notice**

2.4.1. General Notice. In the Annual Report required by Section 2.5.3 of this Decree, Brookdale shall append photographic evidence from each of its nine (9) Indiana communities to confirm Brookdale has posted in each community a notice which contains the same information regarding the rights of disabled employees and job applicants that is found in the "EEO is the law" poster which can be downloaded from the EEOC's website. The photographic evidence shall confirm that Brookdale has posted this information in areas at each community that are accessible to all its employees and job applicants.

2.4.2. Specific Notice for Applicants: Beginning January 1, 2020, Brookdale will include the following statement in its offer letter: "Any applicant who is unable to complete pre-employment drug screening due to a medical condition should contact the hiring manager listed below at the telephone number listed below to request reasonable accommodation to allow the applicant to complete the drug screening process."

2.4.3. Modification of language contained in *Substance Abuse and Alcohol Testing Release and Consent Form*: By January 1, 2020 Brookdale shall eliminate paragraph 3 of this document.[1]

**2.5.    Reporting**

2.5.1. Within sixty (60) calendar days after entry of this Decree, Brookdale shall certify its compliance with Sections 2.3 and 2.4.

2.5.2. Any time an applicant for a position at one of Brookdale nine (9) Indiana communities requests a reasonable accommodation due to a medical condition to complete pre-employment drug screening and the applicant's request is denied, Brookdale shall provide the EEOC's telephone number, address, and internet address to the applicant.

---

[1] The document to be modified is titled *Substance Abuse and Alcohol Testing Release and Consent Form*, version HR89_SubstanceAbuse-AlcoholRelease_092007.qxd mmaze.

2.5.3. Annual Report. Brookdale shall provide the Commission with an annual report on or before July 15, 2020, in which Brookdale shall certify that it is in compliance with all of its obligations under the Decree. Brookdale will provide a second annual report on or before July 15, 2021, and a final annual report on or before July 15, 2022.

## 3. Enforcement

### 3.1. Compliance

The Commission is authorized to review compliance with this Decree. As part of its review, the Commission may interview employees and examine and copy documents related to compliance with this Consent Decree. The EEOC shall provide Brookdale with reasonable notice to Brian Mosby, counsel for Brookdale, of its intent to interview employees and/or examine and copy relevant documents prior to conducting such interviews or examining and copying such documents. For purposes of this section 3.1, "reasonable notice" shall mean notice no fewer than ten (10) business days prior to conducting such interviews or examining and copying such documents. Notice shall be provided via email to counsel at bmosby@littler.com.

### 3.2. Informal Dispute Resolution

In the event the Commission alleges that a violation of this Decree has occurred, the Commission will give notice in writing by certified mail, specifically identifying the particular provision(s) of the Decree that the Commission believes were breached and the specific facts supporting the alleged violation(s), with a copy to its counsel. Brookdale shall respond to the allegation within fourteen (14) business days of receipt of the notice. After Brookdale responds, the parties shall have a period of fourteen (14) business days, in which to negotiate and confer regarding the Commission's allegation. All time periods within this Section 3.2 may be modified by mutual agreement of Brookdale and the Commission without the Court's involvement.

**3.3.     Judicial Dispute Resolution**

If the Commission is unable to obtain relief under Section 3.2, it may initiate contempt proceedings with the Court. If the Court finds Brookdale has failed to comply with the terms of this Decree, then, in addition to any other relief ordered, the Court may in its discretion award the Commission attorney fees and costs incurred in obtaining Brookdale's compliance.

**4.   Miscellaneous Provisions**

**4.1.     Decree Resolves All Pending Claims**

This Decree constitutes a complete resolution of the claims in this Lawsuit, and all issues of law and fact that were raised by the Commission in this Lawsuit. It is also the intent of Brookdale and the Commission that Brookdale's compliance with this Decree will fully and completely resolve: (a) EEOC Charge number 470-2015-02088 ("Charge") and the October 25, 2018 Letter of Determination ("Determination Letter"); (b) all issues of law and fact which were raised or could have been raised by the Commission in this Lawsuit; and (c) the Commission's claims of discrimination, which the Commission brought or could have brought based on the Determination Letter that were issued for the Charge.

Nothing in this Section 4.1 affects the Commission's ability, responsibility, and authority to receive and investigate any subsequently filed charges of discrimination or to bring a subsequent lawsuit against Brookdale regarding matters not covered in this Lawsuit, the Charge, or the Determination Letter(s).

**4.2. Jurisdiction**

The Court will retain jurisdiction of this cause throughout the duration of this Decree for purposes of monitoring compliance with this Decree and entry of such further orders as may be necessary or appropriate.

**4.3.     Costs and Attorneys' Fees**

The parties shall each bear their own costs and attorneys' fees, except as set forth in Section 3.3.

**4.4.     Delivery of Required Certifications and Reports**

Each report, certification, and copy of documentation required by this Consent Decree shall be emailed to monitoring-EEOC-INDO@eeoc.gov.

**4.5.     Amendment**

This Consent Decree may only be amended or altered by the Court.

**4.6.     No Private Right of Action**

There is no private right of action to enforce Brookdale's obligations under this Decree and only the Commission may enforce compliance.

**4.7.  Settlement of a Disputed Claim**

As stipulated by the parties, this Decree represents a compromise and settlement of disputed claims and shall not be construed as an admission of liability by Brookdale as to any allegations by the EEOC or Rabiu (who was formerly known as Tina Puckett) nor as an admission of the EEOC as to any weaknesses in its allegations or complaint.  Brookdale expressly denies the EEOC and Rabiu's allegations and maintains that it provides equal employment opportunities for all employees and has entered into this Decree solely to avoid the disruption, costs, delay, and expense of continued litigation.  By entering into this Decree, Brookdale denies and does not admit, either expressly or implicitly, that it violated any federal, state, or local law, or that it has any liability related to the EEOC and/or Rabiu's allegations. Likewise, by entering into this Decree the EEOC does not concede Brookdale's defense.

**4.8. Decree Binding on Successor**

Before selling or merging, Brookdale shall notify all potential buyers and bidders of this Decree and its terms. The notice shall include a copy of this Decree, personally served by Brookdale. The terms of this Decree are and shall be binding upon the present and future owners, officers, directors, employees, creditors, agents, trustees, administrators, successors, representatives, and assigns of Brookdale.

_____              _____
Date                                Judge, United States District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.